U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 3 - 2009

ROBERT H. SHEMWELL, CLERK
BY _____
              DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **FERGUSON JOHNSON** | **CIVIL ACTION NO. 08-0054** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation [Doc. No. 9] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commissioner's decision is REVERSED and REMANDED pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent therewith.

"Because of the lengthy history of this case as it has wound its way through administrative channels and judicial appeals, [the Court] urge[s] the [Commissioner] to expedite reconsideration of this matter, giving final resolution of [Plaintiff's] claim highest priority." *Parks v. Harris*, 614 F.2d 83, 85 (5th Cir. 1980).

MONROE, LOUISIANA, this _3_ day of March, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE