RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 6/18/09
BY _____

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| FERGUSON JOHNSON | * | CIVIL ACTION NO. 08-0054 |
| | * | |
| VERSUS | * | JUDGE JAMES |
| | * | |
| MICHAEL J. ASTRUE | * | |
| COMMISSIONER OF SOCIAL SECURITY | * | MAGISTRATE JUDGE HAYES |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ~~AMENDED JOINT STIPULATED~~ ORDER FOR ATTORNEY FEES

On this day came for consideration FERGUSON JOHNSON's application for approval of an attorney fee under the Equal Access to Justice Act. [DOC. NO. 11] The parties have stipulated to the amount to be awarded by the Court. After considering the application and stipulation, it is hereby

**ORDERED** that the appellant's request for fees and expenses is **GRANTED**, and that fees awarded in favor of the Plaintiff under the Equal Access to Justice Act in the amount of $ 2599.50 be made payable to appellant's attorney of record, William J. Ziegler, Jr. since there is no award of disability benefits pursuant to 42 U.S.C. § 405(g) or fees pursuant to 42 U.S.C. § 406(b).

Thus done and signed in Monroe, Louisiana this 17 day of June, 2009.

JUDGE

APPROVED AS TO FORM:

/s/ William J. Ziegler, Jr.
William J. Ziegler, Jr.
556 Jefferson Street Box 11
Lafayette, LA 70501
(337)233-3033
Bar Roll No. 9776

/s/ John A. Broadwell
JOHN A. BROADWELL #1733
Assistant United States Attorney
United States Courthouse
300 Fannin Street Ste. 3201
Shreveport, LA 71101-3068
(318)676-3610